```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100142656
Cashier ID: vthomas
Transaction Date: 05/04/2017
Payer Name: DHARMA FOUNDATION
----------------------------------
CIVIL FILING FEE
 For: DHARMA FOUNDATION
 Case/Party: D-FLS-0-17-CV-060879-001
 Amount:       $400.00
----------------------------------
CREDIT CARD
 Amt Tendered: $400.00
----------------------------------
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:    $0.00

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```