UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-60879-JEM

JP MORGAN CHASE BANK NATIONAL
ASSOCIATION, AS SUCCESSOR TO
WASHINGTON MUTUAL BANK,

    Plaintiff,

v.

JUAN M. GOMEZ and RAFAEL BURGOS-VAZQUEZ,

    Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY stipulated by the undersigned that Leyza F. Blanco, Esq. of GrayRobinson, P.A. will be substituted for Daniel Whitney of Shapiro, Fishman & Gache, LLP as counsel of record for Plaintiff, JPMORGAN CHASE BANK NATIONAL ASSOCIATION.

DATED this 10th day of May, 2017.

                                                            Respectfully submitted,

| GRAYROBINSON, P.A. | SHAPIRO, FISHMAN & GACHE, LLP |
|---|---|
| Leyza F. Blanco, Esq. | Daniel G. Whitney, Esq. |
| 333 S.E. 2nd Avenue, Suite 3200 | 2424 N. Federal Highway, Suite 360 |
| Miami, FL 33131 | Boca Raton, FL 33431 |
| Telephone: (305) 416-6880 | Telephone: (813) 319-5156 |
| | |
| By: */s/ Leyza F. Blanco* | By: */s/ Daniel G. Whitney* |
|     Leyza F. Blanco |     Daniel G. Whitney, Esq. |
|     Florida Bar No.: 104639 |     Florida Bar No.: 57941 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 10th day of May, 2017 via First Class U.S. Mail upon Juan M. Gomez, 1801 Polk Street, Suite 221967, Hollywood, FL 33024 and Rafael Burgos-Vazquez, 1801 Polk Street, Suite 221967, Hollywood, FL 33024.

*/s/ Leyza F. Blanco*
Leyza F. Blanco
Florida Bar No.: 104639