AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

JUAN M. GOMEZ and RAFAEL BURGOS-VAZQUEZ

*Plaintiff(s)*

v.

SHAPIRO & FISHMAN & GACHE LLP,

*Defendant(s)*

Civil Action No. 0:17-CV-60879-JEM

FILED by _____ D.C.
MAY 11 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JP MORGAN BANK NATIONAL ASSOCIATION,
SHAPIRO & FISHMAN & GACHE LLP,
2424 NORTH FEDERAL HIGHWAY, SUITE 360
BOCA RATON, FL 33431
Fax: (561) 998-6707, Phone: (561) 998-6700

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JUAN GOMEZ and RAFAEL BURGOS-VAZQUEZ
1801 POLK ST SUITE 221967
HOLLYWOOD FL 33019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 05/08/2017