**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 17-cv-60879-JEM**
**CACE  CACE08034579**

```
FILED by   PG   D.C.

JUN 0 2 2017

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI
```

WASHINGTON MUTUAL BANK, JP
MORGAN CHASE BANK, N.A., SHAPIRO
& FISHMAN & GACHE LLP,
vs.

JUAN M. GOMEZ and RAFAEL BURGOS-
VAZQUEZ,
Plaintiff,

Defendants.

_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR TIME

Plaintiffs JUAN M. GOMEZ and RAFAEL BURGOS- VASQUEZ, (herein "Defendants"), hereby files

this motion to this Court, for more time to secure counsel and to respond to this court's order to respond

to the court's show cause order. As good cause for granting the motion, Defendants submit as follows:

1.      The Defendants require additional latitude in providing support to arguments in support of their

removal and is engaged in meaningful attempts to provide the court with sufficient background to

support their removal.

2.      The proposed relief will provide the Defendants to provide a meaningful explanation to the court.

3.      Defendants have conferred with the Plaintiff pursuant to S.D. Fla. L.R. 7.1 and the Plaintiff did

not timely respond to Defendants request.

4.     Therefore, Defendants requests an additional (30) days to respond to the Court's motion and secure legal counsel.

5.     The additional time is necessary in order to adequately develop the basis for their requested relief, and assist the Court in resolving the involved issues presented in this action.

6.     This additional information is vital the Defendants' case and will not unduly burden the Plaintiff or prejudice them in anyway.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting Defendants' permission to file their Motion and Incorporated Memorandum in excess in thirty (30) days.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Defendants did call Plaintiff several times and was repeatedly told that no one was available and that someone would return his call.  No one has.  Therefore, pursuant to Rule 7.1 (a)(3) regarding the requested enlargement of time, the motion is unopposed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original was filed with the Court and a copy of the foregoing was furnished by United States Mail, postage prepaid and properly addressed this June 2, 2017 to:


Respectfully Submitted By,

JUAN M GOMEL
_____
JUAN M. GOMEZ
P.O. Box 221967
Hollywood, FL 33022

_____
RAFAEL BURGOS-VAZQUEZ
P.O. Box 221967
Hollywood, FL 33022


## SERVICE LIST
The Law Offices of Shapiro, Fishman & Gache, LLP
1 Woodland Corporate Blvd. #1002424 N Federal Hwy #360Boca Raton, FL 33431Dated:  This 2thday