UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-60879-JEM

JPMORGAN CHASE BANK NATIONAL
ASSOCIATION, AS SUCCESSOR TO
WASHINGTON MUTUAL BANK,

        Plaintiff,

v.

JUAN M. GOMEZ and RAFAEL BURGOS-
VAZQUEZ,

        Defendants.
_____/

**PLAINTIFF'S RESPONSE AND
OPPOSITION TO MOTION FOR EXTENSION OF TIME**

    Plaintiff, JPMORGAN CHASE BANK, NA, as successor to Washington Mutual Bank ("Plaintiff"), hereby responds to Defendant's Motion for Extension of Time titled "Plaintiff's Unopposed Motion for Time" (hereinafter the "Motion"), moves this for an order denying the Motion, and requests that this Court remand this case to the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case Number 08-34579 and in support thereof states as follows.

    1.    The Motion was docketed on June 5, 2017 [D.E. 13].

    2.    The Motion misrepresents that Defendants conferred with Plaintiff pursuant to S.D. Fla. L.R. 7.1 9 [Motion at Para. 3]; the Defendants have not conferred with Plaintiff regarding the Motion.

    3.    The Motion also incorrectly states that it is unopposed.  Motion at 2.  Plaintiff opposes the Motion.

4. This action is the latest of a series of three attempts by Defendants to seek removal of a state court action in which a final state court foreclosure judgment issued on January 5, 2009 in an amount exceeding $10 million.

5. On May 1, 2017, in Case Number 0:17-cv-60763-BB, this Court rejected Defendants' second attempt to remove concluding that the time to remove the state foreclosure action had long expired. See. D.E. 6 at 2. The same rationale applies here.

6. Plaintiff filed a Motion to Strike and Remand on May 10, 2017. The deadline to respond to Plaintiff's Motion to Strike was due on May 24, 2017. Thus, Defendants' request for additional time is untimely as it was filed after the deadline passed.

7. Defendants' previous requests for removal of the instant case have been successively denied yet Defendants continue to abuse this Court's process and have taken inappropriate advantage of the delays resulting from their abuse of the process.

8. As a result of this action, Defendants have once again successfully delayed the issuance of an Alias Writ of Possession in favor of JPMC and prevented JPMC from finalizing its eviction.

9. The Motion should be denied because it is untimely, and is nothing more than an attempt to delay resolution of Plaintiff's Motion to Strike. This action should be remanded on an expedited basis for the reasons set-forth in Plaintiff's Motion to Strike.

WHEREFORE, Plaintiff, JP Morgan Chase Bank, N.A., respectfully requests that this Court enter an order: 1) denying the Defendants' Motion for Extension of Time; 2) promptly remanding this matter to the Seventeenth Judicial Circuit in and for Broward County, Florida, Case Number 2008 CA 034579; and 3) for any further relief this Court deems just and proper.

Respectfully submitted this 5th day of June, 2017.

/s/ Leyza F. Blanco
**Leyza F. Blanco, Esq.**
Florida Bar No. 104639
**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue
Suite 3200
Miami, Florida 33131
Leyza.Blanco@gray-robinson.com
Telephone: 305-416-6880
Facsimile: 305-416-6965

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 5th day of June, 2017 via First Class U.S. Mail upon Juan M. Gomez, 1801 Polk Street, Suite 221967, Hollywood, FL 33024 and Rafael Burgos-Vazquez, 1801 Polk Street, Suite 221967, Hollywood, FL 33024.

*/s/ Leyza F. Blanco*
Leyza F. Blanco
Florida Bar No.: 104639