FILED by _hmr_ D.C.

JUN 15 2017

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:0:17-CV-60879-JEM

JP MORGAN CHASE BANK NATIONAL
ASSOCIATION, AS SUCCESSOR TO
WASHINGTON MUTUAL BANK,

        Plaintiff,

             vs

JUAN   M.   GOMEZ   and   RAFAEL
BURGOS-VAZQUEZ

        Defendants.

_____/

## DEFENDANTS' PROPOSED SCHEDULING REPORT

Defendants" JUAN M. GOMEZ and RAFAEL BURGOS-VAZQUEZ, submit this proposed scheduling report pursuant to FED. R. CIV. P. 26(f). Defendants' report the following:

### I. LOCAL RULE CONFERENCE REPORT ISSUES

A.    **Likelihood of Settlement:** Unknown at this time. The parties will agree to pursue settlement negotiations throughout the course of the litigation.

B.    **Likelihood of Appearance in the Action of Additional Parties:** Defendants do not anticipate the appearance of any additional parties at this time.

C.    **Proposed Time Limits:**

Defendants' will be moving to engage in discovery which will uncover additional facts key to the removal and claims for defenses.

    i.     **Join Other Parties and Amend Pleadings:** July 21, 2017.

    ii.    **File and Hear Pre-Trial Motions:** The parties agree to file dispositive motions

{28994264;1}

and pre-trial motions other than motions *in limine* before November 24, 2017.

iii.    **Complete Discovery:**   Defendants believe that discovery, when commenced, should be completed in accordance with the Standard Track.   The Defendant agrees to exchange initial disclosures immediately and by July 21, 2017.

iv.    **Proposed Schedule, Including Discovery Plan:**

**Defendants' Proposed Timelines:**

| Event | Proposed Deadline |
|---|---|
| Initial Disclosures | July 21, 2017 |
| Amend Pleadings or Add Additional Parties | July 21, 2017 |
| Deadline to file joint interim status report | July 30, 2017 |
| Merits Fact Discovery Cutoff | September 15, 2017 |
| Expert Reports and Disclosures on Merits Issues | September 15, 2017 |
| Rebuttal Expert Reports and Disclosures on Merits Issues | September 15, 2017 |
| Dispositive Pre-Trial Motions (other than motions *in limine*) | October 6, 2017 |
| Deadline to Complete Mediation | November 5, 2017 |
| Completion of All Expert Discovery | November 14,, 2017 |
| Deadline to file joint pretrial stipulation | December 5, 2017 |
| Calendar Call | December 11, 2017 |
| Trial | December 15,, 2017 |

Plaintiff's proposed timelines:

**D.    Proposals for the Formulation and Simplification of Issues:**   At this time, the

2

defendants believe that the issues before the court provide for the formulation or simplification of issues, but the defendants will work with the plaintiff in good faith to do so as the case progresses.

E.   **Necessity or Desirability of Amendments to Pleadings:**   Defendants have filed a motion in opposition to remand.  Plaintiff has filed a motion to remand and a motion to strike.  Should a responsive pleading become necessary, defendants likewise reserve their right to amend their motion opposing remand.

F.   **Admissions and Stipulations:**

  i.   **Admissions of Fact:**  The parties have not yet identified any facts to which they may stipulate, but anticipate that they will be able to do so as discovery progresses.  The defendants agree to work together with the plaintiff in good faith to stipulate to facts prior to trial to narrow and simplify the issues.

  ii.   **Disclosure and Discovery of Electronically Stored Information ("ESI"):** The parties should discuss the type of ESI likely to be involved in this matter and the manner of its production, and prepare a stipulation for the Court's approval.

  iii.   **Authenticity of Documents:**  The parties should work together in good faith to stipulate to the authenticity of documents prior to summary judgment and trial.

  iv.   **Advance Rulings:**  The defendants do not anticipate the need for advance rulings from the Court.  The defendants agree that the standard procedures governing claims of privilege and the protection of trial-preparation materials contained in FED. R. CIV. P. 26(b) should apply.

G.   **Avoidance of Unnecessary Proof and Cumulative Evidence:**  The defendants agree to

work with the plaintiff in good faith to avoid unnecessary proof and cumulative evidence throughout the course of the litigation.

H.    **Referral to Magistrate Judge or Special Master:**  The defendants do not consent to the Magistrate Judge.  The defendants agree to act in good faith and with flexibility to the extent that the plaintiff elects the use of a Magistrate.

I.    **Preliminary Estimate of Time Required for Trial:**  The Defendants anticipates 10 days for trial may call upon several witnesses at trial and estimate 10 days will be needed.

J.    **Trial and Pretrial Dates:**  The defendants refer the Court to the schedule above.

## CERTIFICATE  OF GOOD FAITH CONFERENCE

Defendants did call Plaintiff's counsel about the relief sought in this motion and the Court's order for a 26(f) conference.  None of the opposing parties returned the Defendants calls.  The defendants did file this unopposed proposed report in order to comply with the Court's order. Therefore, the Defendants have complied with Rule 7.1 (a)(3) regarding the requested relief sought.

[THIS SPACE INTENTIONALLY LEFT BLANK]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original was filed with the Court and a copy of the foregoing was furnished by United States Mail, postage prepaid and properly addressed this (date) _6 -15- 1 7_____:

Respectfully Submitted By,

| | |
|---|---|
| *RAFAEl BuRGoS -Villzaurz*<br>RAFAEL BURGOS-VAZQUEZ<br>P.O. Box 221967<br>Hollywood, FL 33022<br><br>_[signature]_<br>JUAN M. GOMEZ<br>P.O. Box 221967<br>Hollywood, FL 33022<br><br>*Defendants* | The Law Offices of Shapiro, Fishman & Gache, LLP<br>1 Woodland Corporate Blvd. #100<br>Tampa, FL 33614<br>*Counsel for the Plaintiff*<br><br>*2424 N Federal Hwy # 360, Boca Raton, FL 33431* |